UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RICADO CORONA LOPEZ,
Petitioner,

v.

SIXTO MARRERO, Warden, Imperial Regional Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-5557-CAB-BJW

**ORDER:**
**(1) RELEASING PETITIONER;**

**(2) VACATING HEARING; and**

**(3) DENYING AS MOOT MOTION FOR JUDGMENT ON THE PLEADINGS, [Doc. No. 8].**

Pending before the Court is Petitioner Ricardo Corona Lopez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Respondents have filed an amended response to the Petition that they "do[] not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the government's discretion." [Doc. No. 7.]

The Court **ORDERS** Respondents to immediately release Petitioner and to return his belongings at the time of his release, including his California driver's license, cell phone, wallet, and keys. The Court declines Petitioner's request to specify the conditions of his release. *See* 8 U.S.C. § 1226(a)(2) (providing for release on conditional parole or "conditions prescribed by, the Attorney General").

The Court **VACATES** the hearing set for October 27, 2026.

The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated: October 26, 2026

Hon. Cathy Ann Bencivengo
United States District Judge